```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARLTON MILLS                   :    CIVIL ACTION
                                :
     v.                         :
                                :
CITY OF PHILADELPHIA, et al.    :    NO. 11-2474
```

<u>ORDER</u>

AND NOW, this 2nd day of April, 2012, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that:

1. Upon consideration of the Motion to Dismiss of Defendant The Five C's Group Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 32), the plaintiff's response thereto, and following oral argument held on February 17, 2012, the motion is GRANTED.

2. Upon consideration of the plaintiff's Motion to Amend Complaint (Docket No. 37), the motion is DENIED.

                              BY THE COURT:

                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.